In The United States District Court
For The District of Columbia

Case 1:07-cv-01876-RWR

International Painters and Allied Trades
Industry Pension Fund-**Plaintiff**

V.

M.P.industrial Coatings, Inc.-Defendant

V.

James Hamilos

I, James Hamilos, personally, do hereby provide the following answer to the allegations contained in the Compliant noted above.

I do not believe that M.P.Industrial Coatings, Inc. owes the Pension Fund the $155,215 of pension contributions as alleged in the compliant.

Additionally, if M.P.Industrial Coatings, Inc. owes any unremitted contributions these are liabilities of M.P.Industrial Coatings, Inc. and have not been personally guaranteed by me.

The personal guarantee provided in the settlement agreement attached was provided only for the settlement of $12,500 negotiated between M.P.Industrial Coatings, Inc. and the Pension Fund. This guarantee was never to provide security for any contingent liabilities and/or liabilities that were not known at the time that the guarantee was given. The language of the settlement agreement as in item 8 indicates that "The Pension fund ....has the right to audit all relevant periods " which I believe to be November 2005-February 2006. I would not have given my personal guarantee for any amounts that were not disclosed to me as being owed.

-----------/s/ James Hamilos-----------

James C. Hamilos
February 5, 2008

**RECEIVED**

FEB 6 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

February 5, 2008

United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: Case 1:07-cv-01876-RWR

Gentlemen:

    I, James C. Hamilos, certify I sent a copy of this statement to Jennings Sigmond P.C. Attorneys and Counselors at Law.

                                             Very truly yours

                                             James C. Hamilos

JCH:faw

Enclosure

File/Union Statement fr JCH