```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| INT'L PAINTERS & ALLIED TRADES INDUS. PENSION FUND, ) ) ) ) Plaintiff, ) ) v. ) ) M.P. INDUS. COATINGS, INC. ) et al., ) ) Defendants. ) | Civil Action No. 07-1876 (RWR) |

### ORDER TO SHOW CAUSE

Plaintiff filed its complaint on October 17, 2007, but has not filed proof that M.P. Industrial Coatings, Inc. has been served within the 120-day period allowed by Fed. R. Civ. P. 4(m). Accordingly, it is hereby

ORDERED that plaintiff shall show cause in writing by April 14, 2008 why this case should not be dismissed for want of prosecution. If appropriate, plaintiff may show cause by the deadline by filing proof of service, securing entry of default, and filing and serving on defendant a motion for default judgment with a proposed final default judgment.

SIGNED this 3rd day of April, 2008.

                                        _____/s/_____
                                        RICHARD W. ROBERTS
                                        United States District Judge