## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 07-1876(RWR) |
| v. | ) ) | |
| M.P. INDUSTRIAL COATINGS, INC. a/k/a MP Industrial Coatings, Inc. | ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING OF RETURN OF SERVICE

**TO THE CLERK**:

Please enter the Return of Service attached to this notice.

**Name of Party Served:**     M.P. Industrial Coatings, Inc.

**Date of Service:**     January 19, 2008  at 2:00 pm

**Location of Service:**     13 Malibu Court
Towson, MD 21204

Respectfully submitted,

JENNINGS SIGMOND

BY: /s Kent G. Cprek
      KENT G. CPREK
      D.C. Bar No. 478231
      The Penn Mutual Towers, 16th Floor
      510 Walnut Street, Independence Square
      Philadelphia, PA 19106-3683
      (215) 351-0615

      Counsel for Plaintiff

Dated: April 14, 2008

195110-1

IN THE
UNITED STATES DISTRICT COURT  DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | * | Case Number: 1:07-cv-01876 |
| Plaintiff | * | |
| | * | |
| vs. | * | |
| M. P. INDUSTRIAL COATINGS, INC. a/k/a MP Industrial Coatings, Inc. | * | |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF SERVICE

The undersigned hereby certifies as follows:

1.  That I am a competent private person over eighteen (18) years of age and not a party to the above action.

2.  That I served upon **James Hamilos, R. A. for M. P. Industrial Coatings, Inc.** (Description: Sex: M, Race: White, Height: 6', Weight: 195lbs., Approximate Age: 73) on 1/19/2008, at **02:00 PM**, at 13 Malibu Court, Towson, MD 21204, by leaving with the person a copy of the following:

*Summons in a Civil Case, Complaint and Exhibits*

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

Edie Ross
Legal Errands, Inc.
P. O. Box 24866
Philadelphia, PA 19130
8668773783

Subscribed and sworn to before me, a Notary Public for the State of Maryland, this 22 day of January, 2008.

Betty A. Brown
My Commission Expires: 12/19/2011