## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 07-1876(RWR) |
| v. | ) ) | |
| JAMES HAMILOS | ) ) | |
| Defendants. | ) | |

### NOTICE OF FILING OF RETURN OF SERVICE

**TO THE CLERK:**

Please enter the Return of Service attached to this notice.

**Name of Party Served:**     James Hamilos

**Date of Service:**     January 19, 2008  at 2:00 pm

**Location of Service:**     13 Malibu Court
Towson, MD 21204

Respectfully submitted,

JENNINGS SIGMOND

BY: /s Kent G. Cprek
KENT G. CPREK
D.C. Bar No. 478231
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615

Counsel for Plaintiff

Dated: April 14, 2008

195110-1

## IN THE
### UNITED STATES DISTRICT COURT  DISTRICT OF COLUMBIA

| | |
|---|---|
| **INTERNATIONAL PAINTERS AND**     * | Case Number: 1:07-cv-01876 |
| **ALLIED TRADES INDUSTRY** | |
| **PENSION FUND**               * | |
|     Plaintiff | |
|             * | |
| vs. | |
|             * | |
| **JAMES HAMILOS** | |
|     Defendant        * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### AFFIDAVIT OF SERVICE

The undersigned hereby certifies as follows:

1.    That I am a competent private person over eighteen (18) years of age and not a party to the above action.

2.    That I served upon **JAMES HAMILOS**(Description: Sex: **M**, Race: **White**, Height: **6'**, Weight: **195**lbs., Approximate Age: **73**) on **1/19/2008**, at **02:00 PM**, at 13 Malibu Court, Towson, MD 21204, by leaving with the person a copy of the following:

*Summons in a Civil Case, Complaint and Exhibits*

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

_Edie P Ross_

Edie Ross
**Legal Errands, Inc.**
P. O. Box 24866
Philadelphia,PA 19130
8668773783

Subscribed and sworn to before me, a Notary Public for the State of Maryland, this 22 day of January, 2008.

_Betty A Brown_

Betty A. Brown
My Commission Expires: 12/19/2011