IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND     Plaintiff  v.  M.P. INDUSTRIAL COATINGS, INC. et al.,     Defendants | ) ) ) ) CIVIL ACTION NO. 07-1876 (RWR) ) ) ) ) ) |

### PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE

Plaintiffs, International Painters and Allied Trades Industry Pension Fund ("Fund" or "Pension Fund"), by and through their undersigned counsel, request that the Court not dismiss this matter for the following reasons:

1. On October 22, 2007, Plaintiffs filed their Complaint in this matter seeking payment of delinquent benefit contributions against M.P. Industrial, Inc. ("Company") and James Hamilos ("Hamilos" and together with Company "Defendants") (Dkt. No. 1).

2. The Complaint and Summons in this action were served on Defendants on January 19, 2008 by Edie Ross, by serving James Hamilos at 13 Malibu Court, Towson, MD 21204 as appears on the Affidavits of Service which are being docketed with the Court simultaneous to this response.

3. On February 7, 2008, Hamilos answered Plaintiff's complaint on behalf of himself and the Company (DKT. No. 3). Do to an oversight in dealing with pro se Defendants, Counsel for the Plaintiffs neglected to file separate proofs of service for Hamilos and Company. We apologize to the Court for the delay.

4. On March 6, 2008, Counsel for the Plaintiffs telephoned Linda Romero, Courtroom Deputy, in order to obtain instructions regarding this Court's preferences related to communication between Counsel and pro se litigants. Ms. Romero indicated that Counsel should wait for the Court's scheduling order.

5. Plaintiffs fully intend to prosecute this action and there is no apparent prejudice to either party or the Court from the belated filing.

WHEREFORE, having shown good cause, Plaintiffs request that the Court not dismiss this cause for lack of prosecution.

                                      Respectfully submitted,

                                      BY:  s/Kent Cprek
                                              KENT CPREK
                                              Bar No. 478231
                                              PHILIP A. LOZANO
                                              Bar No. 979737
                                              The Penn Mutual Towers, 16th Floor
                                              510 Walnut Street, Independence Square
                                              Philadelphia, PA 19106-3683
                                              (215) 351-0615/0669
                                              Attorneys for the Fund

Date: April 14, 2008

## CERTIFICATE OF SERVICE

I, Kent Cprek, state under penalty of perjury that on April 14, 2008 I caused a copy of the foregoing to be served electronically via the CM/ECF System or acceptable electronic mail and/or placed in the U.S. mail with postage for first class delivery or fax on the date set forth below addressed to:

James Hamilos
13 Malibu Court
Towson, MD 21204

BY:   s/Kent Cprek
KENT CPREK
Bar No. 478231
PHILIP A. LOZANO
Bar No. 979737
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615/0669
Attorneys for the Fund

Date: April 14, 2008