```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| INT'L PAINTERS & ALLIED ) <br> TRADES INDUS. PENSION FUND, ) <br>                               ) <br>         Plaintiff,           ) <br>                               ) <br>              v.              ) <br>                               ) <br> M.P. INDUS. COATINGS, INC.    ) <br>     et al.,                   ) <br>                               ) <br>         Defendants.          ) | Civil Action No. 07-1876 (RWR) |

### ORDER TO SHOW CAUSE

In response to the April 3, 2008 show cause order, Plaintiff filed proof that M.P. Industrial Coatings, Inc. was served within the 120-day period allowed by Fed. R. Civ. P. 4(m). M.P. Industrial Coatings, Inc., a corporation, may appear only through counsel and did not answer the complaint by the deadline. Accordingly, it is hereby

ORDERED that plaintiff shall show cause in writing by June 2, 2008 why the case against M.P. Industrial Coatings, Inc. should not be dismissed for want of prosecution. If appropriate, plaintiff may show cause by the deadline by securing entry of default, and filing and serving on defendant a motion for default judgment with a proposed final default judgment.

- 2 -

SIGNED this 21st day of May, 2008.

```
                    /s/
         RICHARD W. ROBERTS
         United States District Judge
```