IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) ) | CIVIL ACTION NO. 07-1876 (RWR) |
| v. | ) ) | |
| M.P. INDUSTRIAL COATINGS, INC., et al., | ) ) ) | |
| Defendants | ) | |

**REQUEST TO CLERK TO ENTER
DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)**

You will please enter a default on Defendant, M.P. Industrial Coatings, Inc. a/k/a MP Industrial Coatings, Inc. ("Company"), for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Kent G. Cprek.

                          Respectfully submitted,

                          JENNINGS SIGMOND, P.C.

                          BY:/s/    Kent G. Cprek
                          KENT G. CPREK, ESQUIRE
                          (I.D. NO. 478231)
                          The Penn Mutual Towers, 16th Floor
                          510 Walnut Street, Independence Square
                          Philadelphia, PA 19106-3683
                          (215) 351-0615
Date: May 23, 2008           Attorney for Plaintiff

OF COUNSEL:
PHILIP A. LOZANO, ESQUIRE
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0669

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) ) | CIVIL ACTION NO. 07-1876 (RWR) |
| v. | ) ) | |
| M.P. INDUSTRIAL COATINGS, INC., et al., | ) ) | |
| Defendants | ) | |

## DECLARATION OF KENT G. CPREK, ESQUIRE

## FOR ENTRY OF DEFAULT

Kent G. Cprek, Esquire, declares and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on Defendants, M.P. Industrial Coatings, Inc. a/k/a MP Industrial Coatings, Inc. ("Company") and James Hamilos ("Hamilos" or "Individual Defendant" and together with Company, "Defendants") on January 19, 2008 by Edie Ross, by serving James Hamilos at 13 Malibu Court, Towson, MD 21204. The Return of Service has been duly docketed with the Court.

3. The time in which Company may answer or otherwise move as to the Complaint has expired.

4. No appearance has been entered by Company in this case; no pleading has been filed and none served upon the attorney for the Plaintiff; no extension has been given and the time for filing has expired.

5. Company is neither an infant nor an incompetent person.

6.    Inasmuch as Company is a corporation, it is not in the military service.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.
>
> /s/    Kent G. Cprek
> KENT G. CPREK, ESQUIRE

Date: May 23, 2008

OF COUNSEL:
PHILIP A. LOZANO, ESQUIRE
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0669

196252-1

## CERTIFICATE OF SERVICE

I, KENT G. CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

M.P. INDUSTRIAL COATINGS, INC.
a/k/a MP Industrial Coatings, Inc.
13 Malibu Court
Towson, MD 27204

/s/   Kent G. Cprek
KENT G. CPREK, ESQUIRE

Date: May 23, 2008

196252-1