Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

    Plaintiff(s)

Civil Action No. 07-cv-01876-RWR

V.

M.P. INDUSTRIAL COATINGS, INC. et al

    Defendant(s)

RE: M.P. INDUSTRIAL COATINGS, INC.
also known as
MP INDUSTRIAL COATINGS, INC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on January 19, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 29th day of May, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis
    Deputy Clerk