## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) ) | |
| Plaintiff | ) ) | CIVIL ACTION NO. 07-1876 (RWR) |
| v. | ) ) ) | |
| M.P. INDUSTRIAL COATINGS, INC., et al., | ) ) ) ) | |
| Defendants | ) | |

## MOTION FOR ENTRY OF JUDGMENT BY DEFAULT

Plaintiff, International Painters and Allied Trades Industry Pension Fund, respectfully moves this Court for entry of judgment by default against Defendant, M.P. Industrial Coatings, Inc. a/k/a MP Industrial Coatings, Inc. ("Company" or "Defendant") in the amount of $160,263.53. On May 27, 2008, Plaintiff filed with the Clerk of the Court a Request to Enter Default against Defendant pursuant to Federal Rule of Civil Procedure 55(a). Default was subsequently entered on May 29, 2008.

Accompanying this motion are a supporting memorandum of points and authorities, the Declaration of Thomas C. Montemore (attached as Exhibit 1), the Declaration of Philip A.

190533-1

Lozano (attached as Exhibit 2), and a proposed default judgment.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY:/s/ Kent G. Cprek
KENT G. CPREK, ESQUIRE
(I.D. NO. 478231)
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0611
Date:    June 2, 2008     Attorney for Plaintiff

OF COUNSEL:

PHILLIP A. LOZANO, ESQUIRE
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0669

196265-1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) | CIVIL ACTION NO. 07-1876 (RWR) |
| v. | ) ) | |
| M.P. INDUSTRIAL COATINGS, INC., et al., | ) ) | |
| Defendants | ) | |

### DEFAULT JUDGMENT

Upon consideration of the Complaint and Motion for Entry of Judgment by Default of the Plaintiff, International Painters and Allied Trades Industry Pension Fund ("Fund," "Pension Fund" or "Plaintiff"), it appears to the Court that Defendant, M.P. Industrial Coatings, Inc. a/k/a MP Industrial Coatings, Inc. ("Company" or "Defendant"), has willfully failed to appear, plead or otherwise defend, and it is ORDERED:

1.      Plaintiff's Motion is **GRANTED**;

2.      Judgment is entered against Company and in favor of Plaintiff in the total amount of $160,263.53 itemized as follows:

(a)     Unpaid contributions for the period of January 1, 2002 through March 31, 2006 in the amount of $108,541.39 under 29 U.S.C. § 1132(g)(2);

(b)     Interest from the date contributions became due through May 31, 2008 in the amount of $23,511.21;

(c)     Liquidated damages in the amount of $23,511.21. As indicated above, Defendant owes $108,541.39 in unpaid contributions. Defendant owes twenty percent (20%) in liquidated damages for unpaid contributions in the amount of $21,708.29. The total amount of interest due

190533-1

is greater than the liquidated damages. Therefore, Defendant owes liquidated damages in the amount of $23,511.21.

(d)    Attorneys' fees and costs in the amount of $4,699.72 incurred by Plaintiff through May 28, 2007, as provided in 29 U.S.C. § 1132(g)(2)(D).

3.    Defendant, its owners, officers, agents, servants, attorneys and all persons acting on their behalf or in conjunction with them shall be and hereby are restrained and enjoined from refusing to file complete, proper and timely remittance reports with accompanying pension contributions for all periods for which Defendant is obligated to do so under its collective bargaining agreement(s).

4.    If further action by the Pension Fund is required to obtain payment of the amounts owed by Defendant, it may apply to this Court or to the court in which enforcement is sought, for such further reasonable attorneys' fees and costs in addition to those set out in Paragraph 2(d) above. See, Trucking Employees of North Jersey Welfare Fund, Inc. v. Bellezza Co., 57 Fed. Appx. 972 (3d Cir. 2003); International Painters and Allied Trades Industry Pension Fund v. H.W. Ellis Painting Co., Inc., No. 03-1125, slip. op. at *3 (D.D.C. February 10, 2004) (citing Free v. Briody, 793 F.2d 807 (7th Cir. 1986); Sheet Metal Workers Health and Welfare Trust Fund v. Big D Service Co., 867 F.2d 852 (10th Cir. 1989)).

5.    Plaintiff shall have the right to conduct future audits for all relevant periods, including the time periods covered by this judgment. Defendant shall be and hereby is restrained and enjoined from failing and refusing to submit to such audits by certified public accountants selected by Plaintiff and shall produce all payroll books and related records requested by Plaintiff, including, but not limited to, payroll, wages, general ledger and cash disbursement records, compensation insurance audits and any other pertinent records deemed necessary for the

196265-1

purpose of ascertaining and/or verifying payments and/or liabilities to Plaintiff. Defendant shall

pay Plaintiff any additional amounts found owing, plus such other amounts as set forth in the

Agreement, the Agreement and Declaration of Trust of the Pension Fund, the International

Painters and Allied Trades Industry Pension Plan, ERISA or any other applicable law.

6.      If additional delinquencies are discovered pursuant to the submission of the

remittance reports or as a result of additional information that becomes available to the Plaintiff,

the Plaintiff may apply to the Court for an additional or supplemental judgment reflecting any

additional delinquencies, interest, liquidated damages, attorneys' fees and costs, pursuant to

ERISA, 29 U.S.C. § 1132(g)(2) together with any audit costs incurred by the Plaintiff.

9.      Plaintiff is awarded reimbursement of all additional attorneys' fees and costs it

incurs in the collection and enforcement of this judgment.

10.     If defendant fails to comply with any of the terms of this Order, the Plaintiff may,

in addition to pursuing the remedies provided for under Federal Rule of Civil Procedure 69,

reopen this case upon motion to the Court and notice to the Defendant, and may at that time ask

for further appropriate monetary and/or injunctive relief.


_____
RICHARD W. ROBERTS        J.
United States District Judge

Date:_____

Copies of this Default Judgment shall be sent to:

Kent G. Cprek, Esquire
Philip A. Lozano, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683

M.P. INDUSTRIAL COATINGS, INC.
a/k/a MP Industrial Coatings, Inc.
13 Malibu Court
Towson, MD  27204

196265-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) | |
| | ) | |
| Plaintiff | ) | CIVIL ACTION NO. 07-1876 (RWR) |
| v. | ) | |
| M.P. INDUSTRIAL COATINGS, INC., et al., | ) | |
| Defendants | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**

Plaintiff, International Painters and Allied Trades Industry Pension Fund (the "Pension Fund"), is entitled to an Order entering judgment by default against Defendant, M.P. Industrial Coatings, Inc. a/k/a MP Industrial Coatings, Inc. ("Company" or "Defendant"), in the amount of $160,263.53.

The Pension Fund served its Complaint on Defendant on January 19, 2008. To date, Defendant has failed to answer the Complaint or to otherwise defend this action. Plaintiff filed a Request to Clerk to Enter Default against the Defendant pursuant to Fed. R. Civ. P. 55(a) on May 27, 2008. Default was entered against the Defendant on May 29, 2008. Plaintiff now submits its motion for entry of judgment by default.

In light of Defendant's default and Defendant's continuing failure to appear or otherwise defend, the Pension Fund is entitled to judgment by default against Defendant without a hearing. Fed. R. Civ. P. 55(b); United States v. De Frantz, 708 F. 2d 310 (7th Cir. 1983); Draisner v. Liss Realty, 211 F. 2d 808 (1954). Moreover, where a defendant, such as the one here, fails to respond to the Complaint, all factual allegations in the Complaint are deemed admitted.

196265_1.DOC

Thomson v. Wooster, 114 U.S. 104 (1885); Au Bon Pain Corp. v. Artect, Inc., 653 F 2d 61 (2d Cir. 1981); U.S. ex. Rel. v. Carr, 567 F. Supp. 831, 840 (W.D. MI 1983). General allegations of fact are also deemed true. Danning v. Lavin, 572 F. 2d 1386, 1388-89 (9th Cir. 1978) (allegations of insolvency pled in general terms held sufficient to support a finding of fraudulent conveyance or voidable preference).

Defendant is and has been party to collective bargaining agreements (singly or jointly "Labor Contract") with the various local unions and district councils affiliated with the International Union of Painters and Allied Trades, AFL-CIO-CFC ("International" or "Union"), including District Council 51. Under the Labor Contract, Defendant is required to remit fringe benefit contributions and other sums to Plaintiff. See, Exhibit 1, Montemore Declaration, ¶¶ 5, 6. The failure to pay these fringe benefit contributions and other amounts results in a delinquency to the Plaintiff. Id.

Additionally, the Defendant and Hamilos executed a Settlement Agreement ("Agreement") with the Fund on or about June 9, 2006. Hamilos also executed a Personal Guarantee ("Guarantee") obligating him personally to all obligations of the Company in the event of a default by the Company on the Agreement. True and correct copies of the Agreement and Personal Guarantee are attached as Exhibits 3 and 4 respectively to the Complaint in this matter (Docket No. 1). Pursuant to paragraph 8 of the Agreement, an audit was conducted for the period January 1, 2002 through March 31, 2006. The audit revealed that Defendant owes contributions in the amount of $108,541.42 for the period January 1, 2002 through March 31, 2006. See, Audit attached as Exhibit 6; Montemore Decl., ¶7. The Defendant has failed to pay the amounts found due under the audit and has therefore breeched the terms of the Agreement.

196265-1

**ARGUMENT**

A.    **ENTRY OF JUDGMENT AGAINST DEFENDANT FOR UNPAID CONTRIBUTIONS, INTEREST, LIQUIDATED DAMAGES AND ATTORNEYS' FEES AND COSTS IS APPROPRIATE**

1.    **Company is Bound by the Terms and Conditions of a Collective Bargaining Agreement with the Union.**

Company is a party to a Labor Contract with the Union. See, Exhibit 1, Montemore Declaration, ¶ 5. Under the terms of the Labor Contract, the employer agrees to be bound by the Agreement and Declaration of Trust of the Pension Fund ("Trust Agreement", attached as Exhibit 1 to the Complaint filed in this matter and incorporated by reference)and the International Painters and Allied Trades Industry Pension Plan ("Plan") (attached as Exhibit 2 to the Complaint filed in this matter and incorporated by reference) and by all amendments thereto and actions taken by the trustees of the Pension Fund. See, Complaint, ¶¶ 7-8; Exhibit 1, Montemore Declaration, ¶¶ 5, 6. The Labor Contract provides for the payment of contributions to the Pension Fund for time worked by or paid to employees who perform work covered by its terms and conditions. See, Exhibit 1, Montemore Declaration, ¶ 6. Failure to make these contributions, or to submit either incorrect or late remittance reports, results in a delinquency to the Pension Fund. Id. Under the Trust Agreement, The Pension Fund has the right to audit the signatory's payroll books and related records to determine that all of the required contributions have been paid. See, Trust Agreement, Art. VI, Sec. 6.

Furthermore, Section 515 of the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1145, provides:

> Every Employer who is obligated to make contributions to a bargained agreement shall ... make contributions in accordance with ... such agreement.

196265-1

If an employer fails to make the contributions as required by the collective bargaining agreement and Section 515 of ERISA, then the employer is subject to the provisions of Section 502(g)(2) of ERISA, 29 U.S.C. § 1132(g)(2). Section 502(g)(2) provides for the mandatory award of the following if a judgment is entered in the Pension Fund's favor pursuant to Section 515:

A. the unpaid contributions;

B. interest on the unpaid contributions;[1]

C. an amount equal to the greater of:

    (i) interest on the unpaid contributions; or

    (ii) liquidated damages provided for under the plan in an amount not in excess of 20 percent (or such higher percentage as may be permitted under Federal or State law) of the amount determined by the Court under subparagraph (a);[2]

D. reasonable attorneys' fees and costs of the action, to be paid by the defendant; and

E. such other legal or equitable relief as the court deems appropriate.

As stated above, Defendant has failed to submit contributions for the period of January 1, 2002 through March 31, 2006. See, Exhibit 1, Montemore Declaration, ¶ 7. As a result, Plaintiff is entitled to judgment in at least the amount of $160,263.53.

    **a. Defendant owes unpaid benefit contributions in the amount of $108,541.39.**

Based upon information currently available to the Pension Fund, Defendant owes contributions for the period January 1, 2002 through March 31, 2006 in the amount of

---

[1] Section 10.12(b)(2) of the Plan sets the interest rate on delinquent contributions according to the Internal Revenue Service rate for delinquent taxes. See, Complaint, Exhibit 2.

[2] ERISA and § 10.12(b)(3) of the Plan's rules and regulations mandate that liquidated damages be awarded in an amount equal to the greater of interest or 20% of unpaid contributions due at the commencement of the lawsuit and those which become delinquent during the course of the litigation. See, Complaint, Exhibit 2. Article

$108,541.39. These amounts were discovered during an audit of Company's books and records for the period January 1, 2002 through March 31, 2006. Company agreed to submit to the audit and pay all amounts found owing, as set forth in paragraph 8 of the June 8, 2006 Settlement Agreement (attached as Exhibit 3 to the Complaint filed in this matter and incorporated by reference). Montemore Declaration, ¶ 7.

### b. Defendant owes interest through May 31, 2008 in the amount of $23,511.21.

Section 10 of the International Painters and Allied Trades Industry Pension Plan ("Plan") (attached as Exhibit 2 to the Complaint filed in this matter and incorporated by reference) sets the interest rate on delinquent contributions according to the Internal Revenue Service rate for delinquent taxes. Interest accruing through May 31, 2008 on Defendant's delinquent contributions totals $23,511.21. Interest shall continue to accrue on unpaid contributions in accordance with the Plan and ERISA until the date of actual payment. Montemore Declaration, ¶ 8; 29 U.S.C. § 1132(g)(2); 26 U.S.C. § 6621.

### c. Defendant owes liquidated damages in the amount of $23,511.21.

ERISA and § 10.12(b)(3) of the Plan's rules and regulations mandate that liquidated damages be awarded in an amount equal to the greater of interest or 20% of unpaid contributions due at the commencement of the lawsuit and those which become delinquent during the course of the litigation. Article VI, Sec. 4 of the Pension Fund's Trust Agreement (attached as Exhibit 1 to the Complaint filed in this matter and incorporated by reference) also provides for the assessment of liquidated damages on contributions paid after the due date. As indicated above, Defendant owes $108,541.39 in unpaid contributions. Twenty percent (20%) of this amount is

---

VI, Sec. 4 of the Trust Agreement also provides for the assessment of liquidated damages on contributions paid after the due date. See, Complaint, Exhibit 1.

196265-1

$21,708.29. The total amount of interest due is greater than the liquidated damages. Therefore,

Defendant owes liquidated damages in the amount of $23,511.21. Montemore Declaration, ¶ 9;

29 U.S.C. § 1132(g)(2)(C).

### d. Defendant owes attorneys' fees and costs in the amount of $4,699.72.

Plaintiff has incurred $4,699.72 in attorneys' fees and costs in connection with this matter

through May 28, 2007. See, Exhibit 2, Lozano Declaration, ¶ 2; Exhibit 3. See, 29 U.S.C. §

1132(g)(2). The Pension Fund is entitled to reimbursement of all attorneys' fees and costs it

incurs in connection with the enforcement and collection of any judgment entered by the Court.

See, Trucking Employees of North Jersey Welfare Fund, Inc. v. Bellezza Co., 57 Fed. Appx. 972

(3d Cir. 2003); Free v. Briody, 793 F.2d 807 (7th Cir. 1986); Sheet Metal Workers Health and

Welfare Trust Fund v. Big D Service Co., 867 F.2d 852 (10th Cir. 1989).

### 2. The Pension Fund is entitled to injunctive relief

The failure of Defendant to comply with its contractual and statutory obligations results in

a substantial adverse impact on the Pension Fund's ability to meet its legal obligations.

Montemore Declaration, ¶ 11. The Pension Fund is obligated by the express mandates of ERISA

and by the documents and instruments by which it is administered to provide benefits and

pension credits to all of Company's employees who are otherwise eligible to receive them. Id;

29 C.F.R. 2530-200b-2(a)(1) and (2); Central States, S.E. & S.W. Areas Pension Fund v.

Admiral Merchants Motor Freight, Inc., 511 F.Supp. 38 (D.Minn. 1980), aff'd sub. nom., Central

States, S.E. & S.W. Areas Pension Fund v. Jack Cole-Dixie Highway Co., Inc., 642 F.2d 1122

(8th Cir. 1981). The Pension Fund is required to provide these benefits and credits regardless of

whether the employer makes the contributions. Montemore Declaration, ¶ 11. For example, if

employees perform work covered by the collective bargaining agreement, the Pension Fund has

196265-1

affirmative obligations to credit hours for retirement benefits regardless of whether a signatory employer makes contributions to the Pension Fund. The result of Company's non-compliance with ERISA and the Labor Contract is a significant drain on the Pension Fund's resources. Id.

Additionally, where, as here, Defendant fails to remit its contributions, the Pension Fund loses the income that it would have earned by investing those contributions. Id. This loss of investment income combined with the Pension Fund's requirement to continue paying benefits to Company's employees (as well as to the employees of other signatory contractors) affects the actuarial soundness of the Pension Fund as well as deplete the resources available to pay current pension benefits.

Furthermore, the Pension Fund incurs additional administrative expenses as a result of Defendant's failure to pay its contributions. These losses and added expenses significantly impair the Pension Fund's ability to continue to provide benefits to not only Company's employees, but also to employees of companies that comply with their contractual obligations.

In light of Defendant's failure to comply with its contractual and statutory obligations to the Pension Fund to submit timely, accurate remittance reports and pension contributions each month, and the irreparable harm which Defendant's malfeasance causes the Pension Fund, the Pension Fund respectfully requests the injunctive relief which is set forth in its proposed default judgment. Laborers' Fringe Benefit Funds v. Northwest Concrete, 640 F.2d 1350, 1352 (6th Cir. 1981); IBPAT Union and Industry Pension Fund v. Hartline-Thomas, Inc. , 4 EBC 1199, 1200 (D.D.C. 1983); Teamsters Local 639 - Employers Trust v. Jones & Artis Construction Co., 640 F.Supp. 223 (D.D.C. 1986).

## **CONCLUSION**

Plaintiff, thus, requests that the Court enter a judgment against Defendant, M.P. Industrial Coatings, Inc. a/k/a MP Industrial Coatings, Inc. ("Company" or "Defendant") in the amount of $160,263.53 and, in light of the clear statutory intent of ERISA, it is further requested that this Court grant the Pension Fund all other relief to which it may be entitled under applicable law and as requested in the Motion for Default Judgment.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: /s/ Kent G. Cprek
KENT G. CPREK (BAR NO. 478231)
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0611
Counsel for Plaintiff

DATE: June 2, 2008

OF COUNSEL:
Philip A. Lozano, Esquire
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0669

196265-1

## CERTIFICATE OF SERVICE

I hereby certify this  day of June 2, 2008, that I caused to be served a copy of the

foregoing Motion for Entry of Judgment by Default, Memorandum of Points and Authorities in

Support thereof, Declaration of Thomas C. Montemore, Declaration of Philip A. Lozano and

proposed Default Judgment by sending a copy of same via U.S. Mail, postage-prepaid to:

M.P. INDUSTRIAL COATINGS, INC.
a/k/a MP Industrial Coatings, Inc.
13 Malibu Court
Towson, MD  27204

DATE: June 2, 2008

PHILIP A. LOZANO, ESQUIRE
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0669
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) | CIVIL ACTION NO. 07-1876 (RWR) |
| v. | ) ) | |
| M.P. INDUSTRIAL COATINGS, INC., et al., | ) ) | |
| Defendants | ) | |

### DECLARATION OF THOMAS MONTEMORE

THOMAS MONTEMORE states and declares the following:

1.      My name is Thomas C. Montemore and I am the Assistant to the Fund Administrator of the International Painters and Allied Trades Union and Industry Pension Fund ("Pension Fund", "Fund" or "Plaintiff"). I have held that position since February 1, 2000. I served as Delinquency Controller from 1988 through October 31, 2000 and I have served as the Delinquency Coordinator from 1986 to 1988, and before that, acted as Agreement Clerk from 1982 to 1986, and File Clerk beginning in 1979.

2.      The Pension Fund is an "employee benefit pension plan" as defined in Section 3(2)(A)(i) of ERISA, as amended, 29 U.S.C. §1002(A)(i), established by the International Union of Painters and Allied Trades, AFL-CIO-CFL ("Union"), and employers in private industry whose employees are members of or otherwise represented by the Union and its district councils and local unions, for the purpose of providing retirement income to the employees. The Pension Fund is administered in the District of Columbia from its and my principal place of business at 1750 New York Avenue, N.W., Washington, D.C. 20006.

EXHIBIT
1

3.    I have personal knowledge of the contents of the collective bargaining agreements, the Agreement and Declaration of Trust ("Trust Agreement") and the International Painters and Allied Trades Industry Pension Plan ("Plan") referenced in this Motion.

4.    The Pension Fund, as part of its normal operating procedure, maintain files containing copies of the collective bargaining agreements signed by each employer and copies of the remittance reports submitted by each contributing employer. The Pension Fund also maintains, as part of its normal operating procedures, a record of all contributions which are paid to the Pension Fund by each contributing employer, including copies of checks submitted directly from employers as payment for contributions due.

5.    My review of the regular business records maintained by the Pension Fund reveals that Defendant, M.P. Industrial Coatings, Inc. a/k/a MP Industrial Coatings, Inc. ("Company") was a contributing employer of the Pension Fund and is bound to a collective bargaining agreement ("Labor Contract") with the International Union of Painters and Allied Trades, AFL-CIO, CLC.  Under the terms of the Labor Contract, Company is bound to the Trust Agreement and Plan.

6.    The collective bargaining agreement requires Company to submit monthly contributions to the Pension Fund on behalf of all employees in the bargaining unit, and sets forth the rate of contribution and the method for calculating the total amount of contributions due the Pension Fund. Contributions must be made for each hour for which employees receive pay at the contribution rate specified in the agreements. Failure to make the required contributions, or to submit either incorrect or late remittance reports and contributions, results in a delinquency to the Pension Fund.

190429-1                                    2

behalf for these hours, as contractually required. The Pension Fund's obligation to recognize

pension credits and to pay pensions to vested employees is absolute and continues even if the

employers fail to pay their required pension contributions. Employer contributions and the

earnings the Pension Fund receives by investing these contributions comprise the assets from

which the Pension Fund pays retirement benefits to participants and their dependents and

beneficiaries. When employers, like Company, fail to pay their contributions or do not pay them

timely, the Pension Fund is deprived of the investment income they otherwise could have earned.

In addition, the Pension Fund also must engage in time-consuming and costly efforts to collect

the unpaid contributions. These efforts include letters and phone calls to the employer,

investigating other sources for collection and attempting to calculate delinquency amounts and

benefit eligibility through other sources (e.g. paystubs), if available. Further, the Pension Fund

has to process benefit eligibility and benefit claims manually so that participants (and their

dependents) employed by the delinquent employer are not deprived of retirement benefits. The

actual losses and added costs (in terms of dollar amount, capital and manpower) incurred by the

Pension Fund in connection with an employer contribution delinquency are not capable of

precise determination, but they are substantial. Company's refusal to contribute as it is bound

means irreparable harm and injury to the Pension Fund – an obligation to make benefit payments

to employees without necessary contributions from Company to cover those benefits. Therefore,

Company should be required to submit timely current contributions and remittance reports in the

future.

    12.  I have executed this Declaration in support of Plaintiff's Motion for Default

Judgment against Company and request that this Court consider the same as proof in support of

190429-1                                    4

the allegations contained in the Plaintiff's Complaint and other facts stated in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under Penalty of perjury that the foregoing is true and correct.

Executed on: _5|28|08_

THOMAS MONTEMORE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED )
TRADES INDUSTRY PENSION FUND  )
             )
       Plaintiff  ) CIVIL ACTION NO. 07-1876 (RWR)
   v.          )
             )
M.P. INDUSTRIAL COATINGS, INC., et al., )
             )
       Defendants )

## DECLARATION OF PHILIP A. LOZANO, ESQUIRE

PHILIP A. LOZANO states:

1. I am an associate with the law firm of Jennings Sigmond, P.C. with responsibility for the case captioned <u>International Painters and Allied Trades Industry Pension Fund v. M.P. Industrial Coatings, Inc. et al.</u>, Civil Action No. 1:07-CV-1876 (RWR). I submit this declaration to support an award of attorney fees to Plaintiff.

<u>Case Fees</u>

2. Attached as Exhibit 3 to Plaintiff's Motion for Entry of Judgment by Default is a list showing all work performed by the office of Jennings Sigmond, P.C. and related costs in connection with in this action through May 28, 2008. The listing was prepared from contemporaneous attorney time and expenses records and bills, the originals of which are maintained in the regular business records of Jennings Sigmond. Each piece of work is separately coded and the work performed is described. The fees and expenses relevant to this case are $4,699.72.

3. The identity of those performing services related to this matter and normal hourly rates are as follows.

182894.1

EXHIBIT
2

| INITIALS | NAME | TITLE | HOURLY RATE |
|----------|------|-------|-------------|
| KGC | Kent G. Cprek | Partner | $220.00 |
| PL | Philip A. Lozano | Associate | $220.00 |
| SMC | Shanna M. Cramer | Associate | $220.00 |

4.     Plaintiffs only seek judgment for fees in the bills, which reflect a special fee schedule with the International Painters and Allied Trades Industry Pension Fund for a uniform $220.00 per hour rate for all lawyers and $70.00 per hour for paralegals and clerks.

Attorney Background and Experience

5.     <u>Kent Cprek</u>.  Kent Cprek is a shareholder in Jennings Sigmond, P.C. and a co-leader in its ERISA Practice and has practiced law for 28 years. He was admitted to the State Bar of Michigan in November 1978, the bar of the Supreme Court of Pennsylvania in May 1984 and the District of Columbia Bar in 2002. He began practice with the firm of Marston, Sachs, Nunn, Kates, Kadushin and O'Hare, P.C., Detroit, Michigan, 48226, in the representation of plan participants, multiemployer funds and labor unions from 1978 to 1981.  From 1981 to 1984, he was employed by the Pension Benefit Guaranty Corporation as an attorney with responsibility for advice and litigation concerning termination of pension plans. He joined Sagot, Jennings & Sigmond, a predecessor to Jennings Sigmond, P.C. in 1984.  He has a J.D. <u>cum laude</u> from the University of Michigan Law School and a Master of Laws in Taxation from the Georgetown University Law Center. He is admitted to practice before the Supreme Court of the United States, the United States Courts of Appeals for the District of Columbia Circuit, Third Circuit, Fourth Circuit, Fifth Circuit and Sixth Circuit and the United States District Courts for the District of Columbia, Eastern and Middle Districts of Pennsylvania and the Eastern and Western Districts of Michigan.

196265-1

Since 1981, his work has been concentrated in the representation of employee benefit plans. His litigation experience includes representation of multiemployer plans and participants for more than twenty years, with trials of a number of actions and arbitrations and significant appellate work involving all aspects of withdrawal liability and pension law. A sample of his litigation experience is available in 53 published cases that be obtained through a Westlaw search for "AT (Cprek)" in the FPENS-CS library.

He has taught on the subject of Collections and Bankruptcy work for employee benefit plans for the International Foundation of Employee Benefit Plans.

Cprek, "Bankruptcy Basics," Attorney Pre-Conference Sessions, Annual Educational Conference, International Foundation of Employee Benefit Plans (1998)

Cprek, "Bankruptcy Basics," Attorney Sessions, Trustee and Benefit Professionals Institute, International Foundation of Employee Benefit Plans (1991)

Cprek, "Bankruptcy Collections by Employee Benefit Plans," Collection Procedures Institute, International Foundation of Employee Benefit Plans (1990)

Cprek, "Collecting from the Bankrupt Employer," Collections Procedures Institute, International Foundation of Employee Benefit Plans (April 1986)

Cprek, "Duties of Trustees in the Collection Process: The Law Today," reprinted in Employee Benefits Annual 1986: Proceedings of the Annual Employee Benefits Conference, p. 16 (IFEBP 1987).

Panelist, Seminar on Multiemployer Pension Plan Amendments Act, Pennsylvania Bar Institute (Fall 1987)

His later work has focused on benefit plan mergers and a continuing treatise on termination of single-employer pension plans. Cprek, "Single Employer Pension Plan Terminations," Schneider & Freedman (Eds.), ERISA: A Comprehensive Guide, (2d Ed. Aspen 2003).

6.    Philip A. Lozano.  Philip A. Lozano, an associate in the firm, received his undergraduate degree from Franciscan University in 1996 and his law degree from the Beasley School of Law, Temple University in 2006. Prior to practicing law, he worked for three (3)

196265-1

years as a pension analyst for the IBM Corporation and five (5) years as a pension consultant for Mercer Human Resources Consulting and Duane Morris LLP.

7.    <u>Shanna M. Cramer</u>. Shanna M. Cramer, an associate in the firm, has actively practiced law for three (3) years. She graduated in 1997 from Rutgers University, with honors, with a Bachelors Degree in History, Political Science and Spanish. She received her law degree in 2001 from Rutgers Law School. Ms. Cramer graduated in 2004 from Beasley School of Law-Temple University, with an LL.M in Taxation. Ms. Cramer has been admitted to the Bars of Pennsylvania and New Jersey, and has been admitted to practice before the United States District Court for the Eastern District of Pennsylvania.

<u>Legal Market Benchmark</u>

9.    The time and fees charged in this case are reasonable based on prevailing market rates for similar services by lawyers of reasonably comparable skill, experience and reputation in both the Philadelphia and District of Columbia markets.

10.    My opinion that the time and fees are reasonable is based on a number of factors, including the following.

(a)    We serve as counsel or co-counsel to over 20 multiemployer employee benefit funds groups. The firm currently has 17 lawyers, with a dedicated benefits department of seven (7) lawyers plus part-time work by three (3) other lawyers in the labor practice. The work is specialized and our competition often is large corporate firms with both employee benefits and federal litigation experience. In my experience, our fees are normally substantially lower than the charges of larger firms.

(b)    The flat rate in this case is consistent with market rates in published surveys by Altman Weil, a leading law firm consultant. Specifically, Altman Weil found a median hourly

rate in 2005 of $195 for associates in the Middle Atlantic region (encompassing both Philadelphia and the District of Columbia) and a range up to $273 per hour at the 90th percentile. See Associate Hourly Billing Rates (March 10, 2006), reprinted from http://www.altmanweil.com/PracticeSpecialtiesRates/ and attached hereto as Exhibit 4. The median rate for partners (shareholders) in employee benefits litigation was $305 per hour, *id.*, Practice Specialties and Hourly Rates (October 1, 2005). A $200 rate in 2006 is only a 2.56% increase over the 2005 median for associates only.

(c)    The fees are consistent with market ranges in a 2004 Ohio bar association survey, downloads.ohiobar.org/conventions/convention2005/session508%20Economics%20of%20Law.pdf, attached as Exhibit 5, especially pages 26 and exhibit 27, especially after giving weight to increases from 2004 to 2006 (roughly 5% per year on average in the Ohio survey) and regional differences reflected in Altman Weil data (Ex. 4), showing an 8.33% higher rate in median associates' rates in the Middle Atlantic region ($195) over the East North Central region covering Ohio ($180)). The Ohio survey showed median hourly associate rates in the comparable downtown Cleveland, Cincinnati and Columbus areas of $200 - $235 per hour, ranging up to $ 334 - $359 at the 90th percentile. See, Exhibit 5 (excerpt page 26). It also shows that a $70 per hour paralegal rate is less than the median rate for 5 years experience in Ohio, without adjustment for regional differences, Exhibit 5 (Ex. 27).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Signed on: June 2, 2008

PHILIP A. LOZANO, ESQUIRE
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683

(215) 351-0669
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) | CIVIL ACTION NO. 07-1876 (RWR) |
| v. | ) ) | |
| M.P. INDUSTRIAL COATINGS, INC., et al., | ) ) | |
| Defendants | ) | |

### JENNINGS SIGMOND ATTORNEYS' FEES

Philip A. Lozano                                   PL

| Date | Attorney | Task | Time |
|------|----------|------|------|
| 05/23/08 | PL | Preparation of Declaration of Thomas Montemore; Preparation of Motion for Default Judgment | 2.1 |
| 05/27/08 | PL | Preparation of Motion for Default Judgment and Related Documents | 3.5 |
| 05/28/08 | PL | Review and Revise Motion for Default Judgment | 1.5 |
| | | **TOTAL:** | 7.1 |

| | | | |
|---|---|---|---|
| PL – 7.1 Hours @ $220.00/Hour | = | $ 1,562.00 | |
| **Fees - May 2008 Total** | = | $ 1,562.00 | |
| **Fees - October 2007 through April 2008** | = | $ 2,728.00 | |
| **Expenses** | = | $ 409.72 | |
| **GRAND TOTAL FEES AND COSTS** | = | $ 4,699.72 | |



# Jennings Sigmond, P.C.
## Time And Expense Details

Report ID: OT2025 - 18346
Monday, June 02, 2008

Date (10/05/2007 - 05/31/2008)

Printed By: MHT
Page 1

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| IUPAT | IUPAT Industry Pension Fund | 27825 | M.P. Industrial Coating, Inc. | Sigmond, Richard B. |

OTINTF · SMC · Post Date 10/07/2007 · Status: Original Period Unlocked · Entry Date 10/07/2007 · Original Post Period 10 · Original Post Year 2007

| Billed Date Time | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 10/5/2007 | PL | 1.20 | 1.20 | 220.00 | $264.00 | | | Preparation of Complaint Against Company and Hamilos Individually for amounts Due Under Audit |
| 10/7/2007 | PL | 0.40 | 0.40 | 220.00 | $88.00 | | | Review and Revision of Complaint |
| 10/8/2007 | PL | 0.40 | 0.40 | 220.00 | $88.00 | | | Correspondence Exchange with P. Gilbert Regarding Update; Review and Revision of Complaint |
| 10/16/2007 | PL | 0.20 | 0.20 | 220.00 | $44.00 | | | Correspondence Exchange with P. Gilbert Regarding Complaint |
| 10/23/2007 | PL | 0.20 | 0.20 | 220.00 | $44.00 | | | Review of ECF Notices (x2) |
| 12/6/2007 | PL | 0.60 | 0.60 | 220.00 | $132.00 | | | Preparation of Correspondence to Process Server regarding Service; Review of File regarding same; Computer Research regarding same |
| 12/12/2007 | PL | 0.10 | 0.10 | 220.00 | $22.00 | | | Preparation of Correspondence to Legal Errands regarding Status of Service |
| 1/2/2008 | PL | 0.40 | 0.40 | 220.00 | $88.00 | | | Review of File; Update Litigation Status Report |
| 1/9/2008 | PL | 0.20 | 0.20 | 220.00 | $44.00 | | | Phone Conference with Legal Errands regarding Service of Complaint; Office Conference with L. Coney regarding same |
| 1/17/2008 | PL | 0.80 | 0.80 | 220.00 | $176.00 | | | Preparation of Correspondence to P. Gilbert and T. Montemore regarding Service; Preparation of Correspondence to Legal Errands regarding Service |
| 2/1/2008 | PL | 0.50 | 0.50 | 220.00 | $110.00 | | | Phone Conference with T. Montemore regarding Status; Review of Letter from J. Hamilos |
| 2/7/2008 | PL | 0.80 | 0.80 | 220.00 | $176.00 | | | Review of Defendant's Answer; Preparation of Correspondence to T. Montemore regarding Ongoing Strategy |
| 2/8/2008 | PL | 0.40 | 0.40 | 220.00 | $88.00 | | | Phone Conference with T. Montemore regarding Ongoing Strategy |
| 2/13/2008 | PL | 0.20 | 0.20 | 220.00 | $44.00 | | | Phone Conference with T. Montemore regarding Settlement Negotiations |
| 2/15/2008 | PL | 0.80 | 0.80 | 220.00 | $176.00 | | | Research regarding Unrepresented Parties; Office Conference with Attorney S. Cramer regarding same |
| 3/3/2008 | PL | 0.80 | 0.80 | 220.00 | $176.00 | | | Conference Call with Attorney S. Cramer regarding same; Conference Call with Judge's Chambers regarding Pro Se Litigant and 26 (f) Report |
| 3/6/2008 | PL | 0.30 | 0.30 | 220.00 | $66.00 | | | Conference Call with Judge's Clerk regarding Pro Se Defendant |
| 4/2/2008 | PL | 0.40 | 0.40 | 220.00 | $88.00 | | | Office Conference regarding Status ; Memo to File regarding same |
| 4/7/2008 | PL | 1.50 | 1.50 | 220.00 | $330.00 | | | Preparation of Documents regarding Order to Show Cause; Office Conference regarding same |
| 4/7/2008 | KGC | 0.20 | 0.20 | 220.00 | $44.00 | | | Review of Correspondence regarding same |
| 4/10/2008 | PL | 1.50 | 1.50 | 220.00 | $330.00 | | | Phone Conference with Process Server; Preparation of Response to Order to Show Cause; Preparation of Correspondence regarding same (x2) |
| 4/14/2008 | PL | 0.50 | 0.50 | 220.00 | $110.00 | | | Preparation of Documents regarding filing; Supervision of Electronic Filing |

469

Report ID:  OT2025 - 18346
Monday, June 02, 2008

# Jennings Sigmond, P.C.
## Time And Expense Details

Date [10/05/2007 - 05/31/2008]

Printed By    MHT
Page          2

**Billed Time**

| Date | | | Hours Worked | Hours To Bill |
|---|---|---|---|---|
| Totals | | | 12.40 | 12.40 |

**Billed Expenses**

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 10/10/2007 | $350.00 | 7100 | Filing Fee - Complaint |
| 10/13/2007 | $13.59 | SD | Special Delivery |
| 10/20/2007 | $13.53 | SD | Special Delivery |
| 10/25/2007 | $1.68 | COPY | Photocopies |
| 10/25/2007 | $10.76 | PO | Postage Charges |
| 11/10/2007 | $13.53 | SD | Special Delivery |
| 1/9/2008 | $4.13 | COPY | Photocopies |
| 1/9/2008 | $2.50 | PO | Postage Charges |
| Totals | $409.72 | | |

**Report Totals**

| Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|
| 12.40 | 12.40 | $2,728.00 | $409.72 | $3,137.72 |

*** End Of Report ***



# Associate Hourly Billing Rates by Region

Source: Altman Weil Survey of Law Firm Economics 2005 Edition

See following page for states included in each region.



EXHIBIT
4

Census Regions and Divisions of the United States



Top Five
Hourly Rates

Equity and
Non-Equity
Partners

# Median Hourly Billing Rates
## Litigation Specialties



Source: Altman Weil Survey of Law Firm Economics
2005 Edition



# THE 2004 ECONOMICS OF LAW PRACTICE IN OHIO SURVEY

## OSBA

---

### Introduction

During the spring of 2004, the Ohio State Bar Association, Section on Solo, Small Firms and General Practice (OSBA) surveyed the Ohio legal community on the economics of law practice. Two online surveys were utilized, replacing the single mail-based survey instrument provided in past years.

With respect to the economics of law practice, similar studies were undertaken in 2001, 1998, 1994 and 1990. The objectives of these studies were to determine, among other things:

- current demographics of practicing attorneys;

- attorney net income by practice category, gender, field of law, office location, work status, years in practice and firm size;

- associate, legal assistant, and secretary compensation by years of experience and office location;

- prevailing average hourly billing rates for attorneys by a variety of indicators, and rates for legal assistants by years of experience, firm size and office location;

- attorney time allocated to billable and non-billable professional activities; and

- overhead expenses associated with maintaining a private practice by office location and firm size.

Attorneys can compare themselves and their firms against "norms" established by the aggregation of survey data. Time series information is also provided to denote trends. Norms include statistics that are organized by combinations of office location, firm size, gender, work status (full-time vs. part-time), practice class, area of legal concentration and years of practice.

The above information has been consolidated into this reference to help guide attorneys as they plan and manage their professional lives.

For 2004, a survey dedicated to law office technology and marketing issues was also fielded at the same time as the economics survey. Findings from this survey are summarized as Current Issues on Law Office Technology and Marketing in Ohio, 2004 and are available at www.ohiobar.org

---

© 2004 Ohio State Bar Association. All rights reserved.



## IV.    BILLING RATES AND PRACTICES

A.    Takeaways.

1.    The median hourly billing rate for all attorneys was *$175* for 2004 and *$110* for 1994. The average annual rate of increase in hourly billing rates during this time period was *5.9%*.

2.    Rates have increased the most in *suburban Cincinnati* (7.3% per year) and least in *suburban Columbus* (2.5%).

3.    Rates increased most for *partners in firms with 8+ partners* (5.9%) and least for *partners in firms with two to seven partners* (3.7%).

4.    *Rates increased the most for respondents in* firms with two to five attorneys (6.05%) and least for respondents in *firms with more than 20 attorneys* (4.2%).

5.    Rates increased the most for *estate planning attorneys* (9.5%) and *tax attorneys* (7.6%) and least for *bankruptcy* (2%) and *municipal/public entity* attorneys (- 1%).

6.    Fifty-six percent of respondents had *not changed* their rates in one year or more.

7.    When rates are raised, the prevalent increase is *6-10%* (41% of respondents).

8.    *Uncollectibles* (greater than 2% of fees billed) are increasing. The prevalent range is *3-8% of fees billed* (33% in 2004 and 30% in 2000).

9.    Attorneys are *increasingly adding service charges* to delinquent accounts where applicable (30% in 2004 compared with 20% in 1990).

B.    Implications.

1.    There is still pricing power for legal services despite intense competition and an ever growing supply of attorneys.

2.    Existing and new practice management benchmarks should be available, especially for solos and small firm practicing attorneys, to enable relative standing self assessments.

## V.    ATTORNEY TIME ALLOCATIONS

A.    Takeaways.

1.    The median value for *total hours* worked in 2004 rose to *50* from *48* in 1990 (2500 hours per year on a 50-week year).

*Economics of Law Practice in Ohio  •  3*

## Law Firm Billing Rates and Billing Practices

### 2004 Attorney Hourly Billing Rates

The reported 2004 median hourly billing rate is $200. The average is $206. While several interacting factors affect the setting and application of hourly billing rates, Exhibit 21 includes three discrete factors: respondents' firm size, years in practice and office location, while Exhibit 22 identifies respondents' primary source of income, and practice category.

**Exhibit 21     2004 HOURLY BILLING RATES BY FIRM SIZE, YEARS IN PRACTICE AND OFFICE LOCATION**

| | | | Value by Percentile | | |
|---|---|---|---|---|---|
| Size of Firm | N | Mean | 25th | Median | 75th | 95th |
| 1 | 196 | $155 | $125 | $150 | $175 | $225 |
| 2 | 55 | 164 | 125 | 150 | 185 | 250 |
| 3-6 | 77 | 176 | 150 | 175 | 200 | 256 |
| 7-10 | 40 | 196 | 150 | 180 | 244 | 300 |
| 11-20 | 39 | 189 | 155 | 195 | 225 | 275 |
| 21-50 | 49 | 206 | 163 | 200 | 238 | 320 |
| 51+ | 72 | 249 | 186 | 240 | 300 | 377 |
| **Yrs. in Practice** | | | | | | |
| 5 or less | 70 | $147 | $125 | $143 | $175 | $222 |
| 6-10 | 78 | 164 | 125 | 150 | 190 | 250 |
| 11-15 | 65 | 185 | 150 | 180 | 228 | 296 |
| 16-25 | 131 | 184 | 150 | 165 | 220 | 306 |
| More than 25 | 183 | 200 | 150 | 190 | 230 | 340 |
| **Office Location** | | | | | | |
| Greater Cleveland | 121 | $200 | $150 | $185 | $238 | $350 |
| Greater Cincinnati | 61 | 199 | 150 | 180 | 245 | 325 |
| Greater Columbus | 120 | 194 | 150 | 180 | 233 | 300 |
| Greater Dayton | 25 | 179 | 150 | 175 | 193 | 296 |
| Northeast Region | 98 | 165 | 125 | 163 | 196 | 250 |
| Northwest Region | 47 | 152 | 120 | 150 | 175 | 263 |
| Southern Region | 56 | 155 | 125 | 150 | 175 | 250 |
| | | | | | | |
| Downtown Cleveland | 61 | $237 | $183 | $235 | $283 | $359 |
| Suburban Cleveland | 60 | 161 | 150 | 150 | 189 | 220 |
| Downtown Cincinnati | 40 | 213 | 153 | 200 | 271 | 368 |
| Suburban Cincinnati | 21 | 173 | 145 | 175 | 183 | 249 |
| Downtown Columbus | 67 | 217 | 165 | 210 | 260 | 334 |
| Suburban Columbus | 53 | 164 | 145 | 150 | 200 | 243 |
| Dayton | 25 | 179 | 150 | 175 | 193 | 296 |
| Canton | 12 | 154 | 116 | 153 | 183 | 250 |
| Akron | 41 | 186 | 150 | 190 | 223 | 273 |
| Toledo | 26 | 170 | 144 | 168 | 186 | 285 |
| Youngstown | 9 | 146 | 113 | 150 | 178 | 200 |
| Northeast Ohio | 36 | 149 | 125 | 138 | 188 | 225 |
| Northwest Ohio | 21 | 129 | 100 | 125 | 150 | 180 |
| Southeast Ohio | 16 | 155 | 125 | 150 | 188 | 250 |
| Southwest Ohio | 25 | 146 | 125 | 150 | 170 | 207 |
| Central Ohio | 15 | 171 | 150 | 165 | 185 | 250 |
| All Attorneys | 530 | $182 | $150 | $175 | $210 | $300 |

Exhibit 22    2004 HOURLY BILLING RATES BY PRIMARY FIELD OF LAW AND PRACTICE CLASS

| Primary Field of Law | N | Mean | 25th | Median | 75th | 95th |
|---|---|---|---|---|---|---|
| | | | | Value by Percentile | | |
| Administrative Law | 5 | $241 | $188 | $260 | $285 | $295 |
| Bankruptcy, Debtor | 18 | 135 | 115 | 150 | 168 | 190 |
| Collections | 10 | 146 | 119 | 135 | 164 | 250 |
| Corporate/Business Law | 48 | 201 | 150 | 183 | 225 | 340 |
| Criminal (Public Defendant) | 9 | 139 | 100 | 125 | 175 | 225 |
| Criminal (Private Defendant) | 12 | 154 | 125 | 150 | 173 | 250 |
| Domestic Relations/Family Law | 55 | 173 | 125 | 150 | 200 | 280 |
| Environmental Law/Natural Resources Law | 6 | 200 | 151 | 168 | 283 | 305 |
| General Practice | 14 | 136 | 118 | 132 | 161 | 185 |
| Health & Hospital Law | 6 | 203 | 148 | 195 | 263 | 300 |
| Intellectual Property | 10 | 216 | 174 | 223 | 250 | 300 |
| Labor Law (Management) | 6 | 185 | 150 | 168 | 236 | 255 |
| Employment Law (Management) | 25 | 187 | 138 | 175 | 238 | 324 |
| Employment Law (Labor) | 8 | 178 | 151 | 175 | 208 | 230 |
| Municipal/Public Entity Law | 8 | 164 | 111 | 138 | 225 | 305 |
| Product Liability | 5 | 226 | 138 | 205 | 325 | 425 |
| Personal Injury (Defendant) | 25 | 148 | 110 | 135 | 175 | 270 |
| Personal Injury (Plaintiff) | 43 | 179 | 150 | 160 | 200 | 300 |
| Professional Liability | 6 | 164 | 149 | 165 | 178 | 185 |
| Real Property Law | 26 | 164 | 125 | 150 | 195 | 315 |
| Taxation | 7 | 231 | 175 | 220 | 295 | 300 |
| Trial Practice, not PI (General Civil) | 20 | 190 | 140 | 177 | 200 | 415 |
| Trial Practice, not PI (Commercial) | 20 | 224 | 181 | 210 | 276 | 387 |
| Estate Planning/Wealth Management | 36 | 209 | 175 | 205 | 233 | 308 |
| Probate, Decedents' Estates | 49 | 176 | 150 | 175 | 200 | 250 |
| Workers' Compensation (Plaintiff) | 6 | 167 | 125 | 150 | 213 | 250 |
| Other | 23 | 200 | 150 | 190 | 250 | 358 |
| **Practice Classification** | | | | | | |
| Sole Practitioner | 168 | $153 | $125 | $150 | $175 | $225 |
| Solo with 1+ associates | 42 | 181 | 150 | 175 | 203 | 259 |
| Space Sharer | 21 | 160 | 125 | 150 | 175 | 275 |
| Partner in Firm with 2-7 Partners | 114 | 184 | 150 | 175 | 221 | 300 |
| Partner in Firm with 8+ Partners | 88 | 249 | 196 | 240 | 300 | 381 |
| Associate in Firm with 2-7 Partners | 31 | 156 | 125 | 150 | 175 | 264 |
| Associate in Firm with 8+ Partners | 56 | 180 | 150 | 175 | 210 | 263 |
| All Attorneys | 530 | $182 | $150 | $175 | $210 | $300 |

## Hourly Billing Rates for Associates and Legal Assistants

The distribution of hourly billing rates for associates and legal assistants are summarized by years of experience in Exhibit 23, by office location (Exhibits 24 and 25), and by firm size (Exhibits 26 and 27).

**Exhibit 26**       **DISTRIBUTIONS OF 2004 HOURLY BILLING RATES FOR ASSOCIATES BY FIRM SIZE AND YEARS OF EXPERIENCE**

| Associate Billing Rate Category | Firm Size (Number of Attorneys) | | | | |
|---|---|---|---|---|---|
| | 2 | 3-6 | 7-20 | 21+ | All |
| **No Experience** | | | | | |
| <$135 | 57.9 | 78.1 | 69.0 | 43.5 | 61.9 |
| $136-145 | 15.8 | 9.4 | 10.3 | 19.6 | 13.5 |
| $146-155 | 15.8 | 9.4 | 17.2 | 19.6 | 16.1 |
| $156-165 | | | 1.7 | 6.5 | 2.6 |
| $166-175 | 10.5 | | 1.7 | 4.3 | 3.2 |
| $176-199 | | | | 6.5 | 1.9 |
| $225-249 | | 3.1 | | | 0.6 |
| Total | 100% | 100% | 100% | 100% | 100% |
| **3 Years Experience** | | | | | |
| <$135 | 43.8 | 35.3 | 39.0 | 13.0 | 31.0 |
| $136-145 | 18.8 | 20.6 | 22.0 | 19.6 | 20.6 |
| $146-155 | 25.0 | 29.4 | 20.3 | 21.7 | 23.2 |
| $156-165 | | 11.8 | 6.8 | 13.0 | 9.0 |
| $166-175 | 6.3 | 2.9 | 6.8 | 23.9 | 11.0 |
| $176-199 | 6.3 | | 5.1 | 8.7 | 5.2 |
| Total | 100% | 100% | 100% | 100% | 100% |
| **5 Years Experience** | | | | | |
| <$135 | 12.5 | 24.0 | 25.0 | 4.3 | 16.9 |
| $136-145 | 25.0 | 8.0 | 10.7 | 10.6 | 11.0 |
| $146-155 | 12.5 | 40.0 | 25.0 | 10.6 | 22.1 |
| $156-165 | 12.5 | 12.0 | 17.9 | 17.0 | 16.2 |
| $166-175 | | 16.0 | 10.7 | 10.6 | 11.0 |
| $176-199 | 12.5 | | 10.7 | 29.8 | 15.4 |
| $200-224 | 25.0 | | | 14.9 | 6.6 |
| $225-249 | | | | 2.1 | 0.7 |
| Total | 100% | 100% | 100% | 100% | 100% |
| **10 Years Experience** | | | | | |
| <$135 | 33.3 | 14.8 | 19.5 | 5.4 | 14.9 |
| $136-145 | 11.1 | | 4.9 | 2.7 | 3.5 |
| $146-155 | | 22.2 | 14.6 | 5.4 | 12.3 |
| $156-165 | 22.2 | 7.4 | 4.9 | 5.4 | 7.0 |
| $166-175 | | 14.8 | 14.6 | 16.2 | 14.0 |
| $176-199 | | 18.5 | 26.8 | 18.9 | 20.2 |
| $200-224 | 22.2 | 18.5 | 14.6 | 18.9 | 17.5 |
| $225-249 | 11.1 | 3.7 | | 10.8 | 5.3 |
| $250+ | | | | 16.2 | 5.3 |
| Total | 100% | 100% | 100% | 100% | 100% |

**Exhibit 27**    **DISTRIBUTIONS OF 2004 HOURLY BILLING RATES FOR LEGAL ASSISTANTS BY FIRM SIZE AND EXPERIENCE**

| Legal Assistant Billing Rate Category | 2 | 3-6 | 7-20 | 21+ | All Firms |
|---|---|---|---|---|---|
| **No Experience** | | | | | |
| $50 or less | 40.0 | 60.0 | 50.0 | 20.0 | 41.0 |
| $51-60 | 30.0 | 20.0 | 20.0 | 17.1 | 20.0 |
| $61-70 | 10.0 | 4.0 | 10.0 | 5.7 | 7.0 |
| $71-80 | 20.0 | 8.0 | 10.0 | 25.7 | 16.0 |
| $81-90 | | 4.0 | 10.0 | 8.6 | 7.0 |
| $91-100 | | 4.0 | | 17.1 | 7.0 |
| $101-110 | | | | 5.7 | 2.0 |
| Total | 100% | 100% | 100% | 100% | 100% |
| **3 Years Experience** | | | | | |
| $50 or less | 12.5 | 25.0 | 13.3 | 2.8 | 11.7 |
| $51-60 | 62.5 | 35.0 | 23.3 | 11.1 | 24.5 |
| $61-70 | | 20.0 | 26.7 | 22.2 | 21.3 |
| $71-80 | | 10.0 | 13.3 | 11.1 | 10.6 |
| $81-90 | 12.5 | 5.0 | 10.0 | 22.2 | 13.8 |
| $91-100 | 12.5 | | 10.0 | 8.3 | 7.4 |
| $101-110 | | 5.0 | 3.3 | 8.3 | 5.3 |
| $111-120 | | | | 11.1 | 4.3 |
| >$120 | | | | 2.8 | 1.1 |
| Total | 100% | 100% | 100% | 100% | 100% |
| **5 Years Experience** | | | | | |
| $50 or less | 16.7 | 4.5 | 8.6 | 2.9 | 6.2 |
| $51-60 | | 27.3 | 17.1 | 5.9 | 14.4 |
| $61-70 | 66.7 | 22.7 | 11.4 | 14.7 | 18.6 |
| $71-80 | 16.7 | 31.8 | 34.3 | 11.8 | 24.7 |
| $81-90 | | 4.5 | 14.3 | 11.8 | 10.3 |
| $91-100 | | | 11.4 | 17.6 | 10.3 |
| $101-110 | | 9.1 | | 11.8 | 6.2 |
| $111-120 | | | | 11.8 | 4.1 |
| >$120 | | | 2.9 | 11.8 | 5.2 |
| Total | 100% | 100% | 100% | 100% | 100% |
| **10 Years Experience** | | | | | |
| $50 or less | 20.0 | | 2.7 | 3.0 | 3.9 |
| $51-60 | 20.0 | 9.1 | 18.9 | 3.0 | 11.8 |
| $61-70 | | 13.6 | 13.5 | 12.1 | 11.8 |
| $71-80 | 30.0 | 40.9 | 18.9 | 6.1 | 20.6 |
| $81-90 | 10.0 | 18.2 | 21.6 | 6.1 | 14.7 |
| $91-100 | | 13.6 | 16.2 | 18.2 | 14.7 |
| $101-110 | | 4.5 | | 12.1 | 4.9 |
| $111-120 | 20.0 | | 5.4 | 18.2 | 9.8 |
| >$120 | | | 2.7 | 21.2 | 7.8 |
| Total | 100% | 100% | 100% | 100% | 100% |

Exhibit 28 displays the impact of firm size on methods for client billing for legal assistants:

**Exhibit 28**    **LEGAL ASSISTANT CLIENT BILLING METHODS BY SIZE OF FIRM, 2004**

| Billing Method for Legal Assistants | 1 | 2 | 3-6 | 7-20 | 21+ | All Firms |
|---|---|---|---|---|---|---|
| Included with Attorney Fee | 47.1 | 59.5 | 39.7 | 19.7 | 4.7 | 32.1 |
| Time | 42.9 | 35.1 | 55.2 | 73.8 | 87.5 | 60.7 |
| Fee Schedule | 8.6 | 5.4 | 5.2 | 3.3 | 6.3 | 5.9 |
| Total | 100% | 100% | 100% | 100% | 100% | 100% |

MP INDUSTRIAL COATINGS, INC.
600 SHIPYARD ROAD
SPARROW POINT, MD  21219
PH:  410-477-6500

LOCAL:        DC 51

DATE OF REVIEW:        05/01/06

PERIOD REVIEWED:  1/01/03 – 03/31/06

CONTACT:  JIM HAMILOS

ROBERT E. MOORE, CPA



# MOORE, RENNER & SIMONIN, P.C.

CERTIFIED PUBLIC ACCOUNTANTS
3636 NORTH BELT WEST
BELLEVILLE, ILLINOIS 62226

ROBERT E. MOORE, CPA
JEFFREY T. RENNER, CPA*
SCOTT L. SIMONIN, CPA
........................
PAUL G. VOLLMER, CPA

*ILLINOIS AND MISSOURI

PHONE (618) 233-5049
FAX  (618) 233-1061

### Independent Accountant's Report
### On Applying Agreed-Upon Procedures

June 15, 2006

IUPAT & Industry Pension Fund
1750 New York Avenue NW
Washington, DC 23006

We have applied certain procedures, as discussed below, to the payroll records of **M. P. Industrial Coatings, Inc.,** a contributing employer to the IUPAT & Industry Pension Fund for the period January 1, 2003 to March 31, 2006. The purpose of our review was to assist you in determining whether contributions to the Trust Funds are being made in accordance with the collective bargaining agreements in effect and with the Trust Agreements of the Funds. The propriety of the contributions is the responsibility of the employer's management. This agreed upon procedures engagement was performed in accordance with attestation standards established by the American Institute of Certified Public Accountants. The sufficiency of the procedures is solely the responsibility of the specified users of the report. Consequently, we make no representation regarding the sufficiency of the procedures described below either for the purpose for which this report has been requested or for any other purpose.

Our procedures generally include a review of the pertinent provision of the collective bargaining agreements and comparing underlying employer payroll records to Fund contribution records. The employer records we review may include payroll journals, individual earnings records, payroll tax returns, contribution reports, job classifications, and general disbursement records. The scope of this engagement is limited to records made available by the employer and would not necessarily disclose all exceptions in employer contributions to the Trust Funds. Any compensation paid to employees not disclosed to us or made part of the written record is not determinable by us and is not included in our review.

We were not engaged to, and did not, conduct and examination, the objective of which would be the expression of an opinion on the payroll hours data submitted. Accordingly, we do not express such an opinion. Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

Exceptions to employer contributions noted are detailed on the accompanying schedule.

This report is intended solely for the use of the specified users listed above and should not be used by those who have not agreed to the procedures or taken responsibility for the sufficiency of the procedures for their purposes.

Very truly yours,

**MOORE, RENNER & SIMONIN, P.C.**

By: *Robert Renner CPA*

## M. P. INDUSTRIAL COATINGS, INC.
Notes to Report

1. Our review was conducted at the employer's office. Records provided by the employer were marginally adequate. For 2002, only W-2's were provided. For 2003-2005, only annual reports were provided. The employer said that there was no way to break down hours by month. No 1099's were provided prior to 2005. As a result, we only had annual hours. For subcontractors, the employer said all payments were for labor, so we simply divided payments by scale.

2. Amounts paid the Fund – review period                         $189,999.00

Summary of amounts due the Fund:

|                    | Pension     | Annuity    | FTI        | LMCI       | PAT    | Total       |
|--------------------|-------------|------------|------------|------------|--------|-------------|
| Total deficiencies | $100,347.71 | $2,336.32  | $2,915.43  | $2,935.93  | $2.40  | $108,541.39 |
| Interest           | 6,837.42    | .00        | 220.51     | 224.54     | .31    | 7,282.78    |
| Cost of review     | 745.02      | .00        | 21.19      | 21.34      | .00    | 787.55      |
|                    | $107,930.15 | $2,336.32  | $3,157.13  | $3,185.44  | $2.71  | $116,611.75 |

3. The employer utilized nonsignatory subcontractors to perform work covered by the collective bargaining agreement.

4. Interest in the amount of $7,282.78 has been calculated from the due date of the report where each deficiency was noted through 6/23/06 as follows:

| | |
|---|---|
| 06/1/03 – 9/30/03 | 5% |
| 10/1/03 - 3/31/04 | 4% |
| 04/1/04 - 6/30/04 | 5% |
| 07/1/04 – 9/30/04 | 4% |
| 10/1/04 – 3/31/05 | 5% |
| 04/1/04 – 9/30/05 | 6% |
| 10/1/05 – 6/23/06 | 7% |

MP INDUSTRIAL
2003 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | M. Aguilar | | | | | | | | | | | | 420 | 420 |
| 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 | L. Bautista | | | | | | | | | | | | 897.5 | 897.5 |
| 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 | J. Amaya | | | | | | | | | | | | 124 | 124 |
| 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 | L. Duran | | | | | | | | | | | | 64 | 64 |
| 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 | R. Ercules | | | | | | | | | | | | 173 | 173 |
| 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 | A. Serrano | | | | | | | | | | | | 147.5 | 147.5 |
| 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 | J. Ramos | | | | | | | | | | | | 191 | 191 |
| 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 | A. Serrano | | | | | | | | | | | | 276.5 | 276.5 |
| 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 | W. Diaz | | | | | | | | | | | | 188 | 188 |
| 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 | A. Chavos | | | | | | | | | | | | 640 | 640 |
| 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 | R. Montgomery | | | | | | | | | | | | 55.5 | 55.5 |
| | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3179 | 3179 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/03 | 0.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $317.90 | $317.90 |
| Apprentice | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $158.95 | $158.95 |
| Industry Advancement | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $158.95 | $158.95 |
| TOTAL | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $635.80 | $635.80 |

TOTALS DUE

Due to Pension          $317.90
Due to Apprentice       $158.95
Due to Industry Advan.  $158.95
                        $635.80

MP INDUSTRIAL
2003 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | D. Randall | | | | | 149.5 | | | | | | | | 149.5 |
| 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 | J. Hernandez | | | 55.5 | | | | | | | | | | 55.5 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | TOTAL | 0 | 0 | 55.5 | 0 | 149.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 205 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 1/03 | 0.40 | $0.00 | $0.00 | $22.20 | $0.00 | $59.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $82.00 |
| Industry Advancement | 1/03 | 0.05 | $0.00 | $0.00 | $2.78 | $0.00 | $7.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.25 |
| TOTAL | | | $0.00 | $0.00 | $24.98 | $0.00 | $67.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $92.25 |

**TOTALS DUE**

| | |
|---|---|
| Due to Pension | $82.00 |
| Due to Industry Advan. | $10.25 |
| | $92.25 |

**MP INDUSTRIAL**
**2003 HOURS WORKED DC 51**

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | J. Gonzalez | | | | | | | | | | | | 161 | 161 |
| 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 | J. Leite | | | | | | | | | | | | 54.5 | 54.5 |
| 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 | E. Velasquez | | | | | | | | | | | | 11 | 11 |
| 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 | O. Velasquez | | | | | | | | | | | | 11 | 11 |
| TOTAL | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 237.5 | 237.5 |

**DOLLAR AMOUNTS DUE**

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/03 | 2.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $475.00 | $475.00 |
| Apprentice | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11.88 | $11.88 |
| Industry Advancement | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11.88 | $11.88 |
| TOTAL | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $498.75 | $498.75 |

**TOTALS DUE**

| | |
|---|---|
| Due to Pension | $475.00 |
| Due to Apprentice | $11.88 |
| Due to Industry Advan. | $11.88 |
| | $498.75 |

MP INDUSTRIAL
2003 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | E. Gibson | | | | | | | | | | | | 294 | 294 |
| 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 | J. Gomez | | | | | | | | | | | | 215 | 215 |
| 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 | R. Lockear | | | | | | | | | | | | 146 | 146 |
| 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 | W. Matthews | | | | | | | | | | | | 25 | 25 |
| 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 | J. Padgett | | | | | | | | | | | | 29 | 29 |
| 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 | J. Tejeda | | | | 277.5 | | | | | | | | | 277.5 |
| 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 | H. Garcia | | | | | | | | | | | | 1298 | 1298 |
| 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 | E. D. Hunt | | | | | | | | | | | | 283 | 283 |
| 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 | E. J. Hunt | | | | | | | | | | | | 235 | 235 |
| 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 | P. Abitzns | | | | | | | | | | | | 46 | 46 |
| 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 | J. Robles | | | | | | | | | | | | 188.5 | 188.5 |
| 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 | D. Haviaral | | | | | | | | | | | | 269 | 269 |
| 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 | H. Torres | | | | | | | | | | | | 194 | 194 |
| | TOTAL | 0 | 0 | 0 | 277.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3232.5 | 3510 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 1/03 | 2.30 | 6/03 | 2.00 | $0.00 | $0.00 | $0.00 | $638.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,485.00 | $7,103.25 |
| Apprentice | | | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $161.63 | $161.63 |
| Industry Advancement | 1/03 | 0.05 | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $13.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $181.63 | $175.50 |
| | | | | TOTAL | $0.00 | $0.00 | $0.00 | $652.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,788.25 | $7,440.38 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $7,103.25 |
| Due to Apprentice | $161.63 |
| Due to Industry Advan. | $175.50 |
| | $7,440.38 |

**MP INDUSTRIAL**
**2003 HOURS WORKED DC 51**

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 218-4-9-8806 | M. Adams | | | | | | | | | | | | 168.5 | 168.5 |
| 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 | J. Abs | | | | | | | | | | | | 30 | 30 |
| 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 | F. Breaden | | | | | | | | | | | | 69 | 69 |
| 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 | T. Brown | | | | | | | | | | | | 99.5 | 99.5 |
| 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 | A. Carrera | | | | | | | | | | | | 496.25 | 496.25 |
| 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 | J. Castillo | | | | | | | | | | | | 654 | 654 |
| 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 | R. Castillo | | | | | | | | | | | | 101 | 101 |
| 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 | C. Chaves | | | | | | | | | | | | 217.5 | 217.5 |
| 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 | O. Chaves | | | | | | | | | | | | 109 | 109 |
| 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 | R. Coleman | | | | | | | | | | | | 243 | 243 |
| 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 | M. Deshong | | | | | | | | | | | | 410 | 410 |
| 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 | O. Fernandez | | | | | | | | | | | | 34 | 34 |
| 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 | C. Gibson | | | | | | | | | | | | 167 | 167 |
| | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2798.75 | 2798.75 |

**DOLLAR AMOUNTS DUE**

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/03 | 2.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,597.50 | $5,597.50 |
| Apprentice | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $139.94 | $139.94 |
| Industry Advancement | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $139.94 | $139.94 |
| TOTAL | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,877.38 | $5,877.38 |

**TOTALS DUE**

| | |
|---|---|
| Due to Pension | $5,597.50 |
| Due to Apprentice | $139.94 |
| Due to Industry Advan. | $139.94 |
| | $5,877.38 |

MP INDUSTRIAL
2004 HOURS WORKED LOCAL 6

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|-----|------|------|------|-------|-------|-----|------|------|------|-------|------|------|------|-------------|
| 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 | R. Matthews | 120 | | | | | | | | | | | | 120 |
| | TOTAL | 120 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 120 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|------|------|------|------|------|-------|-------|-----|------|------|------|-------|------|------|------|---------------|
| Pension | 8/03 | 2.50 | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 |
| Apprentice | 8/03 | 0.05 | $6.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.00 |
| PAT | 8/03 | 0.02 | $2.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.40 |
| Industry Advancement | 8/03 | 0.05 | $6.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.00 |
| TOTAL | | | $314.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $314.40 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $300.00 |
| Due to Apprentice | $6.00 |
| Due to PAT | $2.40 |
| Due to Industry Advan. | $6.00 |
| | $314.40 |

MP INDUSTRIAL
2004 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | K. Bautista | | | | | | | | | | | | 1540.5 | 1540.5 |
| 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 | A. Chaves | | | | | | | | | | | | 224.5 | 224.5 |
| 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 | E. Chaves | | | | | | | | | | | | 1462 | 1462 |
| 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 | J. Amaya | | | | | | | | | | | | 1557 | 1557 |
| 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 | J. Gomez | | | | | | | | | | | | 695.5 | 695.5 |
| 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 | D. Guerra | | | | | | | | | | | | 1202 | 1202 |
| 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 | R. Montgomery | | | | | | | | | | | | 56.5 | 56.5 |
| 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 | A. Serrano | | | | | | | | | | | | 1140.5 | 1140.5 |
| 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 | A. Serrano | | | | | | | | | | | | 35 | 35 |
| 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 | F. Diaz | | | | | | | | | | | | 1338.5 | 1338.5 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| TOTAL | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9242 | 9242 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/04 | 0.25 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,310.50 | $2,310.50 |
| Apprentice | 6/04 | 0.05 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $462.10 | $462.10 |
| Industry Advancement | 6/04 | 0.05 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $462.10 | $462.10 |
| TOTAL | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,234.70 | $3,234.70 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $2,310.50 |
| Due to Apprentice | $462.10 |
| Due to Industry Advan. | $462.10 |
| | $3,234.70 |

MP INDUSTRIAL
2004 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | J. Bernhardt | | | | | | | | | | | | 432.25 | 432.25 |
| 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 | H. Gomez | | | | | | | | | | | | 1744 | 1744 |
| 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 | M. Pinto | | | | | | | | | | | | 1141 | 1141 |
| | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3317.25 | 3317.25 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/04 | 0.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,322.08 | $2,322.08 |
| Apprentice | 6/04 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $165.88 | $165.88 |
| Industry Advancement | 6/04 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $165.88 | $165.88 |
| | TOTAL | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,653.80 | $2,653.80 |

TOTALS DUE

Due to Pension $2,322.08
Due to Apprenice $165.88
Due to Industry Advan. $165.88

$2,653.80

MP INDUSTRIAL
2004 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | M. Adames | | | | | | | | | | | | 340 | 340 |
| 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 | H. Arias | | | | | | | | | | | | 266.5 | 266.5 |
| 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 | T. Brown | | | | | | | | | | | | 6.5 | 6.5 |
| 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 | A. Carrera | | | | | | | | | | | | 978.5 | 978.5 |
| 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 | J. Castillo | | | | | | | | | | | | 785.5 | 785.5 |
| 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 | R. Castillo | | | | | | | | | | | | 78 | 78 |
| 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 | O. Chaves | | | | | | | | | | | | 602.5 | 602.5 |
| 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 | R. Delbert | | | | | | | | | | | | 144 | 144 |
| 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 | C. Gibson | | | | | | | | | | | | 15 | 15 |
| 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 | E. Gibson | | | | | | | | | | | | 98.5 | 98.5 |
| 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 | J. Gomez | | | | | | | | | | | | 72 | 72 |
| 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 | J. Ramos | | | | | | | | | | | | 340 | 340 |
| 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 | J. Robles | | | | | | | | | | | | 127.5 | 127.5 |
| | **TOTAL** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3852.5 | 3852.5 |

## DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/03 | 2.20 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,475.50 | $8,475.50 |
| Apprentice | 6/03 | 0.05 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $192.63 | $192.63 |
| Industry Advancement | 6/03 | 0.05 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $192.63 | $192.63 |
| | **TOTAL** | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,860.75 | $8,860.75 |

**TOTALS DUE**

| | |
|---|---|
| Due to Pension | $8,475.50 |
| Due to Apprentice | $192.63 |
| Due to Industry Advan. | $192.63 |
| | $8,860.75 |

MP INDUSTRIAL
2004 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | S. Ruiz | | | | | | | | | | | | 83.5 | 83.5 |
| 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 | J. Tejeda | | | | | | | | | | | | 1792 | 1792 |
| 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 | H. Torres | | | | | | | | | | | | 368.5 | 368.5 |
| 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 | R. Young | | | | | | | | | | | | 6.5 | 6.5 |
| 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 | H. Garcia | | | | | | | | | | | | 1343 | 1343 |
| 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 | A. Ortiz | | | | | | | | | | | | 566.5 | 566.5 |
| 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 | D. Havlarai | | | | | | | | | | | | 59 | 59 |
| 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 | O. Velasquez | | | | | | | | | | | | 8 | 8 |
| 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 | D. Lucas | | | | | | | | | | | | 176 | 176 |
| | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4403 | 4403 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/03 | 2.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,686.60 | $9,686.60 |
| Apprentice | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $220.15 | $220.15 |
| Industry Advancement | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $220.15 | $220.15 |
| TOTAL | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,126.90 | $10,126.90 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $9,686.60 |
| Due to Apprentice | $220.15 |
| Due to Industry Advan. | $220.15 |
| | $10,126.90 |

MP INDUSTRIAL
2005 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | L. Bautista | | | | | | | | | | | | 1055 | 1055 |
| 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 | A. Chaves | | | | | | | | | | | | 254 | 254 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1309 | 1309 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | | | 6/04 | 0.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $327.25 | $327.25 |
| Apprentice | | | 6/04 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $65.46 | $65.46 |
| Industry Advancement | | | 6/04 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $65.46 | $65.46 |
| TOTAL | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $458.15 | $458.15 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $327.25 |
| Due to Apprentice | $65.46 |
| Due to Industry Advan. | $65.46 |
| | $458.15 |

MP INDUSTRIAL
2005 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | J. Bernhardt | | | | | | | | | | | | 46.5 | 46.5 |
| 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 | D. Gomez | | | | | | | | | | | | 229 | 229 |
| | | | | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | | | | 0 | 0 |
| TOTAL | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 275.5 | 275.5 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/04 | 0.70 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $192.85 | $192.85 |
| Apprentice | 6/04 | 0.05 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13.76 | $13.78 |
| Industry Advancement | 6/04 | 0.05 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13.76 | $13.78 |
| TOTAL | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $220.40 | $220.40 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $192.85 |
| Due to Apprentice | $13.78 |
| Due to Industry Advan. | $13.78 |
| | $220.40 |

MP INDUSTRIAL
2005-HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | P. Dye | | | | | | | | | | | | 73 | 73 |
| | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 73 | 73 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/05 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $65.70 | $65.70 |
| Apprentice | 6/05 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.85 | $3.85 |
| Industry Advancement | 6/05 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.85 | $3.85 |
| | | TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $73.00 | $73.00 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $65.70 |
| Due to Apprentice | $3.85 |
| Due to Industry Advan. | $3.85 |
| | $73.00 |

MP INDUSTRIAL
2005 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | F. Bitossi | | | | | | | | | | | | 37 | 37 |
| 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 | A. Carrera | | | | | | | | | | | | 77 | 77 |
| 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 | C. Chaves | | | | | | | | | | | | 127 | 127 |
| 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 | O. Chaves | | | | | | | | | | | | 72 | 72 |
| 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 | J. Cruz | | | | | | | | | | | | 82.5 | 62.5 |
| 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 | R. Coleman | | | | | | | | | | | | 443 | 443 |
| 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 | J. Amaya | | | | | | | | | | | | 1291 | 1291 |
| 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 | C. Gibson | | | | | | | | | | | | 203 | 203 |
| 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 | E. Gibson | | | | | | | | | | | | 222 | 222 |
| 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 | H. Gomez | | | | | | | | | | | | 296.5 | 296.5 |
| 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 | J. Gomez | | | | | | | | | | | | 165 | 165 |
| 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 | J. Gonusch | | | | | | | | | | | | 15 | 15 |
| 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 | O. Moreno | | | | | | | | | | | | 226 | 226 |
| TOTAL | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3237 | 3237 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/05 | 2.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,768.80 | $7,768.80 |
| Apprentice | 6/05 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $161.85 | $161.85 |
| Industry Advancement | 6/05 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $161.85 | $161.85 |
| TOTAL | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,092.50 | $8,092.50 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $7,768.80 |
| Due to Apprentice | $161.85 |
| Due to Industry Advan. | $161.85 |
| | $8,092.50 |

MP INDUSTRIAL
2005 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | S. Ruiz | 40 | | | | | | | | | | | | 40 |
| 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 | R. Stewart | | | | | | | | | | | | 39 | 39 |
| 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 | M. Straub | | | | | | | | | | | | 24 | 24 |
| 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 | J. Tejeda | | | | | 913 | | | | | | | | 913 |
| 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 | H. Torres | | | | | | | | | | | | 142 | 142 |
| 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 | T. Jacobs | | | | | | | | | | | | 86.5 | 86.5 |
| 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 | E. Green | | | | | | | | | | | | 152 | 152 |
| 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 | V. Snead | | | | | | | | | | | | 152 | 152 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| TOTAL | | 40 | 0 | 0 | 0 | 913 | 0 | 0 | 0 | 0 | 0 | 0 | 595.5 | 1548.5 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 1/05 | 2.20 | 6/05 | 2.40 | $88.00 | $0.00 | $0.00 | $0.00 | $2,008.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,429.20 | $3,525.80 |
| Apprentice | 1/05 | 0.05 | 6/05 | 0.05 | $2.00 | $0.00 | $0.00 | $0.00 | $45.65 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $29.78 | $77.43 |
| Industry Advancement | 1/05 | 0.05 | 6/05 | 0.05 | $2.00 | $0.00 | $0.00 | $0.00 | $45.65 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $29.78 | $77.43 |
| TOTAL | | | | | $92.00 | $0.00 | $0.00 | $0.00 | $2,099.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,488.75 | $3,680.65 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $3,525.80 |
| Due to Apprentice | $77.43 |
| Due to Industry Advan. | $77.43 |
| | $3,680.65 |

MP INDUSTRIAL
2005 HOURS WORKED DC 711

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | D. Brennan | | | | | | | | | | | | 152 | 152 |
| 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 | J. Bozzelli | | | | | | | | | | | | 95 | 95 |
| 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 | J. Rambo | | | | | | | | | | | | 8 | 8 |
| 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 | J. Zimmerman | | | | | | | | | | | | 30.5 | 30.5 |
| 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 | C. Isakson | | | | | | | | | | | | 10 | 10 |
| 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 | J. Abbott | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| TOTAL | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 295.5 | 295.5 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 5/05 | 4.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,182.00 | $1,182.00 |
| Apprentice | 5/05 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14.78 | $14.78 |
| Industry Advancement | 5/05 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14.78 | $14.78 |
| TOTAL | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,211.55 | $1,211.55 |

TOTALS DUE

| Due to Pension | $1,182.00 |
|---|---|
| Due to Apprentice | $14.78 |
| Due to Industry Advan. | $14.78 |
| | $1,211.55 |

MP INDUSTRIAL
2005 HOURS WORKED DC 711 WAGES PAID

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | D. Brennan | | | | | | | | | | | | 9849.37 | 9849.37 |
| 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 | J. Bozzelli | | | | | | | | | | | | 2825.21 | 2825.21 |
| 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 | J. Rambo | | | | | | | | | | | | 209.26 | 209.26 |
| 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 | J. Zimmerman | | | | | | | | | | | | 843.68 | 843.68 |
| 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 | C. Isakson | | | | | | | | | | | | 287.76 | 287.76 |
| 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 | J. Abbott | | | | | | | | | | | | | |
| | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14015.28 | 14015.28 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Annuity | | | 5/05 | 0.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,681.83 | $1,681.83 |
| | | TOTAL | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,681.83 | $1,681.83 |

TOTALS DUE

Due to Annuity    $1,681.83

$1,681.83

MP INDUSTRIAL,
2005 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Payments to subcontractors | | | | | | | | | | | | | |
| | Chesapeake Coatings | | | | | | | | | | | | | |
| | Matt Hodson Plg | | | | | | | | | | | | 1616 | 1616 |
| 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 | J. Caonera | | | | | | | | | | | | 1368 | 1368 |
| | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 1826 | 8427 | 3892 | 1893 | 0 | 2982 | 1962 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/05 | 2.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,382.40 | $20,224.80 | $9,340.80 | $4,543.20 | $0.00 | $7,158.80 | $45,648.80 |
| Apprentice | 6/05 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $91.30 | $421.35 | $194.60 | $94.65 | $0.00 | $149.10 | $951.00 |
| Industry Advancement | 6/05 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $91.30 | $421.35 | $194.60 | $94.65 | $0.00 | $149.10 | $951.00 |
| TOTAL | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,565.00 | $21,067.50 | $9,730.00 | $4,732.50 | $0.00 | $7,455.00 | $47,550.01 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $45,648.00 |
| Due to Apprentice | $951.00 |
| Due to Industry Advan. | $951.00 |
| | $47,550.00 |

MP INDUSTRIAL
2006 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | F. Blessi | 23 | | | | | | | | | | | | 23 |
| 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 | J. Carrera | | | 19 | | | | | | | | | | 19 |
| 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 | R. Coleman | 110 | 118 | 132 | | | | | | | | | | 360 |
| 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 | C. Gibson | 31 | 90 | 49 | | | | | | | | | | 170 |
| 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 | E. Gibson | 29 | 86 | 20 | | | | | | | | | | 135 |
| 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 | V. Sneed | 138 | 152 | 39 | | | | | | | | | | 329 |
| | | | | | | | | | | | | | | 0 |
| Payments to subcontractors | | | | | | | | | | | | | | 0 |
| Matt Hudson Pkg | | 683 | | | | | | | | | | | | 683 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | TOTAL | 1014 | 448 | 259 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1719 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/05 | 2.40 | | | $2,433.60 | $1,070.40 | $621.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,125.60 |
| Apprentice | 6/05 | 0.05 | | | $50.70 | $22.30 | $12.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $85.95 |
| Industry Advancement | 6/05 | 0.05 | | | $50.70 | $22.30 | $12.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $85.95 |
| TOTAL | | | | | $2,535.00 | $1,115.00 | $847.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,297.50 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $4,125.60 |
| Due to Apprentice | $85.95 |
| Due to Industry Advan. | $85.95 |
| | $4,297.50 |

MP INDUSTRIAL
2008 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | L. Bautista | | | 253.5 | | | | | | | | | | 253.5 |
| | TOTAL | 0 | 0 | 253.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 253.5 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/05 | 0.25 | | | $0.00 | $0.00 | $63.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $63.38 |
| Apprentice | 6/05 | 0.05 | | | $0.00 | $0.00 | $12.68 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12.68 |
| Industry Advancement | 6/05 | 0.05 | | | $0.00 | $0.00 | $12.68 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12.68 |
| | | | | TOTAL | $0.00 | $0.00 | $88.73 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $88.73 |

TOTALS DUE

Due to Pension          $63.38
Due to Apprentice       $12.68
Due to Industry Advan.  $12.68

$88.73

MP INDUSTRIAL
2008 HOURS WORKED DC 711

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | D. Brennan | | | 186.5 | | | | | | | | | | 186.5 |
| 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 | J. Rambo | | | 8 | | | | | | | | | | 8 |
| | TOTAL | 0 | 0 | 194.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 194.5 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 5/05 | 4.00 | $0.00 | $0.00 | $778.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $778.00 |
| Apprentice | 5/05 | 0.05 | $0.00 | $0.00 | $9.73 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9.73 |
| Industry Advancement | 5/05 | 0.05 | $0.00 | $0.00 | $9.73 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9.73 |
| | TOTAL | | $0.00 | $0.00 | $797.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $797.45 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $778.00 |
| Due to Apprentice | $9.73 |
| Due to Industry Advan. | $9.73 |
| | $797.45 |

**MP INDUSTRIAL**
**2008 HOURS WORKED DC 711 WAGES PAID**

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | D. Brennan | | | 5245.08 | | | | | | | | | | 5245.08 |
| 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 | J. Rambo | | | 209.28 | | | | | | | | | | 209.28 |
| | TOTAL | 0 | 0 | 5454.36 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5454.36 |

**DOLLAR AMOUNTS DUE**

| FUND | DATE | RATE | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Annuity | | | 5/05 | 0.12 | $0.00 | $0.00 | $654.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $654.52 |
| | | | | TOTAL | $0.00 | $0.00 | $654.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $654.52 |

**TOTALS DUE**

| | |
|---|---|
| Due to Annuity | $654.52 |
| | $654.52 |