**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                              )
INT'L PAINTERS & ALLIED       )
TRADES INDUS. PENSION FUND,    )
                              )
         Plaintiff,           )
                              )
         v.                   )      Civil Action No. 07-1876 (RWR)
                              )
M.P. INDUS. COATINGS, INC.     )
et al.,                       )
                              )
         Defendants.          )
_____)

**ORDER TO SHOW CAUSE**

On May 29, 2008, default was entered against defendant M.P. Industrial Coatings, Inc., a corporation, and the plaintiff has now moved for default judgment.  In order for a corporation to appear and file pleadings in this case, it may do so only through legal counsel representing the corporation.  Accordingly, it is hereby

**ORDERED** that M.P. Industrial Coatings, Inc. show cause in writing through its counsel by June 26, 2008 why default judgment should not be entered against it.  Failure to timely comply may result in default judgment being entered against the defendant.

SIGNED this 13th day of June, 2008.

                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge