*Let this be filed.*
*RWRoberts, U.S.D.J.*
*7-29-08*

June 30, 2008

United States District Court
for the District of Columbia
3rd and Constitution Aves, N.W.
Washington, DC  20001

Attn;  The Honorable Richard W. Roberts
          United States District Judge

Re: Civil Action No. 07-1876 M P Industrial Coatings, Inc.


The Honorable Richard W. Roberts:

I am writing this letter as the owner of the above referenced defendant company. The company, M P Industrial Coatings, Inc. is a defunct company that has not operated since 2006. The company has no assets and therefore cannot afford to hire an attorney to answer the claims brought by the International Brotherhood of Painters & Allied Trades Indus. Pension Fund.  It is my belief that with the exception of a minimal amount of money that is owed to the union, that the other amounts that are claimed by the union are without merit. In the matter of the union audit findings, I would like to point out that the "auditor" spent about three hours in our offices and did not look at any payroll records. How the union contends that the audit findings have any credence is ludicrous.

Unfortunately I do not have the funds to defend either the company or myself from these accusations. It is my intension to file a Chapter 7 bankruptcy filing and hopefully end the harassment that I have been subjected to over a number of years. I am seventy five years old, do not have any substantial assets and would consider bankruptcy for myself if that would finalize these actions.

I believe in the United States legal system, but this is one of those situations where the system has been used for the wrong reasons. Please accept my apologizes that the court's time has been wasted in this endeavor, but I can not defend these actions.


Very truly yours,

James C Hamilos.